**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: FLO-PRO INC. | § § § § | Case No. 13-11501- BLS |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,090,820.00 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $772,162.03 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $58,919.92 | | |

3) Total gross receipts of $831,081.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $831,081.95 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $131,688,055.52 | $59,065,580.66 | $163,818.76 | $163,818.76 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $58,919.92 | $58,919.92 | $58,919.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $23,121.24 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $10,325,293.00 | $950,128.48 | $32,817,431.69 | $608,343.27 |
| **TOTAL DISBURSEMENTS** | $142,013,348.52 | $60,097,750.30 | $33,040,170.37 | $831,081.95 |

4) This case was originally filed under chapter 7 on 06/10/2013.  The case was pending for 74 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/05/2019                         By:  /s/ George L. Miller
                                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Scheduled Administrative Cost Reimbursement | 1229-000 | $7,054.54 |
| Machinery, fixtures, equipment and supplies | 1229-000 | $8,000.00 |
| Refunds - Verizon Wireless | 1229-000 | $2.37 |
| TAX REFUND - STATE OF NH - 2012 | 1124-000 | $34,505.64 |
| RECOVERY FROM CLAIMS AGAINST MPA AND D&O | 1249-000 | $628,515.40 |
| TAX REFUND -BUSINESS ENTERPRISE TAX - STATE OF NEW HAMPSHIRE | 1224-000 | $153,004.00 |
| **TOTAL GROSS RECEIPTS** | | **$831,081.95** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO EQUIPMENT FINANCE | 4210-000 | $1,176.50 | $1,176.50 | $1,176.50 | $1,176.50 |
| 13A | M&T BANK | 4210-000 | $59,026,879.02 | $59,064,404.16 | $162,642.26 | $162,642.26 |
| 15 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Motorcar Parts of America, Inc. | 4210-000 | $52,631,380.00 | NA | NA | NA |
| N/F | NMHG Financial Services, Inc. | 4210-000 | NA | NA | NA | NA |
| N/F | Wanxiang America Corporation | 4210-000 | $20,028,620.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$131,688,055.52** | **$59,065,580.66** | **$163,818.76** | **$163,818.76** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George L. Miller | 2100-000 | NA | $24,908.19 | $24,908.19 | $24,908.19 |
| Trustee, Expenses - George L. Miller | 2200-000 | NA | $12.70 | $12.70 | $12.70 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 3310-000 | NA | $29,440.50 | $29,440.50 | $29,440.50 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 3320-000 | NA | $90.20 | $90.20 | $90.20 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $509.37 | $509.37 | $509.37 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,444.86 | $2,444.86 | $2,444.86 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $747.05 | $747.05 | $747.05 |
| Other Chapter 7 Administrative Expenses - CSC | 2990-000 | NA | $162.50 | $162.50 | $162.50 |
| Other Chapter 7 Administrative Expenses - RLD Transportation | 2990-000 | NA | $595.00 | $595.00 | $595.00 |
| Other Chapter 7 Administrative Expenses - USPS | 2990-000 | NA | $9.55 | $9.55 | $9.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $58,919.92 | $58,919.92 | $58,919.92 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DAVID A. CRUST, Jr. | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Mary A. Hopfer | 5300-000 | $0.00 | $2,428.25 | $0.00 | $0.00 |
| 5 | Kelly L. Glozzer | 5300-000 | $0.00 | $2,458.60 | $0.00 | $0.00 |
| 6 | Kristi M. Shuford | 5300-000 | $0.00 | $2,393.68 | $0.00 | $0.00 |
| 7 | BCE NEXXIA CORPORATION | 5200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | BELL CANADA | 5200-000 | $0.00 | $5,809.24 | $0.00 | $0.00 |
| 10 | ROBIN E WIRTH | 5300-000 | $0.00 | $2,373.00 | $0.00 | $0.00 |
| 11 | JASON LEWIS | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DANIEL J. BARTHOLOMEW | 5300-000 | $0.00 | $2,416.87 | $0.00 | $0.00 |
| 22 | DAVID A CAMP | 5300-000 | $0.00 | $2,379.30 | $0.00 | $0.00 |
| 23 | CLAIR A TROUTMAN | 5300-000 | $0.00 | $2,862.30 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$23,121.24** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | BEARINGS 2000 SALES CO | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | HAINING AUTOMANN PARTS CO.,LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13B | M&T BANK | 7100-000 | $0.00 | $0.00 | $31,884,294.12 | $591,045.92 |
| 14 | M&T BANK | 7100-000 | $0.00 | $712,000.00 | $699,267.48 | $12,962.16 |
| 16 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | M&T BANK | 7100-000 | $0.00 | $238,128.48 | $233,870.09 | $4,335.19 |
| N/F | Fenwick | 7100-000 | $10,102,304.00 | NA | NA | NA |
| N/F | Rafko Enterprise | 7100-000 | $222,989.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$10,325,293.00** | **$950,128.48** | **$32,817,431.69** | **$608,343.27** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 13-11501- BLS | Trustee Name: | (280160) George L. Miller |
| --- | --- | --- | --- |
| Case Name: | FLO-PRO INC. | Date Filed (f) or Converted (c): | 06/10/2013 (f) |
| | | § 341(a) Meeting Date: | 07/17/2013 |
| For Period Ending: | 08/05/2019 | Claims Bar Date: | 11/04/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | TAX REFUND - STATE OF NH - 2012 | 34,505.64 | 34,505.64 | | 34,505.64 | FA |
| 2 | BANK ACCOUNT - M&T ACCT #8537 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNT - M&T ACCT #8503 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | INTERCOMPANY RECEIVABLE - MPA<br>Resolved as part of the Global Settlement with MPA dated 11/16/2016 [D.I. 281].  See asset #9. | 306,101.00 | 306,101.00 | | 0.00 | FA |
| 5 | INTERCOMPANY RECEIVABLE - INTROCAN<br>No distribution from Introcan to this Debtor is anticipated by the Trustee. | 5,784,719.00 | 0.00 | | 0.00 | FA |
| 6 | Refunds - Verizon Wireless (u) | 2.37 | 2.37 | | 2.37 | FA |
| 7 | TAX REFUND -BUSINESS ENTERPRISE TAX - STATE OF NEW HAMPSHIRE (u) | 153,004.00 | 153,004.00 | | 153,004.00 | FA |
| 8 | Machinery, fixtures, equipment and supplies (u)<br>Drexel Forklift SLT30 | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 9 | RECOVERY FROM CLAIMS AGAINST MPA AND D&O (u) | 628,515.40 | 628,515.40 | | 628,515.40 | FA |
| 10 | Scheduled Administrative Cost Reimbursement (u) | 7,054.54 | 7,054.54 | | 7,054.54 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$6,921,901.95** | **$1,137,182.95** | | **$831,081.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 08/31/2016       **Current Projected Date Of Final Report (TFR):** 06/08/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 13-11501- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FLO-PRO INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8046 | Account #: | ******1792 CHECKING |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/19/13 | {1} | STATE OF NEW HAMPSHIRE | 2012 TAX REFUND | 1124-000 | 33,748.79 | | 33,748.79 |
| 08/19/13 | {1} | STATE OF NEW HAMPSHIRE | 2012 TAX REFUND | 1124-000 | 756.85 | | 34,505.64 |
| 09/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 19.85 | 34,485.79 |
| 10/11/13 | 600001 | FENWICK AUTOMOTIVE PRODUCTS LTD | TRANSFER OF FUNDS TO FENWICK AUTOMOTIVE PRODUCTS LTD., BKY. NO. 13-11500, FOR AMOUNTS DUE M&T BANK FOR TAX REFUNDS PURSUANT TO COURT ORDER DATED 09/19/13 [D.I. 88] (AMOUNTS DUE M&T BANK INCLUDED IN WIRE TRANSFER OF $126,048.37 ON 10/10/13) | 4210-000 | | 28,183.72 | 6,302.07 |
| 10/11/13 | | TRANSFER TO ACCT# XXXXXX1875 | Transfer of Funds | 9999-000 | | 6,302.07 | 0.00 |
| 10/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 49.62 | -49.62 |
| 10/28/13 | | TRANSFER FROM ACCT# XXXXXX1875 | Transfer of Funds to Reimburse Account for Bank Fees | 9999-000 | 59.62 | | 10.00 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 21.94 | -11.94 |
| 11/26/13 | | TRANSFER FROM ACCT # XXXXXX1875 | Transfer of Funds | 9999-000 | 11.94 | | 0.00 |
| 01/22/14 | {7} | STATE OF NEW HAMPSHIRE | TAX REFUND - BUSINESS ENTERPRISE TAX FYE 3/31/13 | 1224-000 | 153,004.00 | | 153,004.00 |
| 02/06/14 | 600002 | INTERNATIONAL SURETIES, LTD. | 2014 Blanket Bond #016026389 for the Period 01/01/14 to 01/01/15 | 2300-000 | | 178.31 | 152,825.69 |
| 02/06/14 | | | WIRE OUT - DISBURSEMENT OF ASSET SALES PURSUANT TO COURT ORDER DATED 09/19/13 [D.I. 88] | 4210-000 | | 134,458.54 | 18,367.15 |
| 02/07/14 | | TRANSFER TO ACCT # XXXXXX1875 | Transfer of Funds - Estate Carveout pursuant to Court Order dated 09/19/13 [D.I. 88] | 9999-000 | | 18,367.15 | 0.00 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 66.02 | -66.02 |
| 02/28/14 | | Union Bank | REFUND OF SERVICE CHARGES | 2600-000 | | -66.02 | 0.00 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 37.62 | -37.62 |
| 04/01/14 | | Union Bank | Bank Service Charge Refund | 2600-000 | | -37.62 | 0.00 |
| 08/01/14 | | WELLS FARGO EQUIPMENT FINANCE | PROCEEDS FROM SALE OF MACHINERY AND EQUIPMENT | | 6,056.45 | | 6,056.45 |
| | | RLD Transportation | Transportation Expense -$595.00 | 2990-000 | | | 6,056.45 |

Page Subtotals:   $193,637.65   $187,581.20

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 13-11501- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FLO-PRO INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8046 | Account #: | ******1792 CHECKING |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {8} | WELLS FARGO EQUIPMENT FINANCE | Machinery, fixtures, equipment and supplies $8,000.00 | 1229-000 | | | 6,056.45 |
| | | WELLS FARGO EQUIPMENT FINANCE | PROCEEDS FROM SALE OF MACHINERY -$1,176.50 | 4210-000 | | | 6,056.45 |
| | | CSC | Lien Search -$162.50 | 2990-000 | | | 6,056.45 |
| | | USPS | Certified Mail -$9.55 | 2990-000 | | | 6,056.45 |
| 01/07/15 | 600003 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment Bond #016026389 from 01/01/15 to 01/01/16 | 2300-000 | | 21.41 | 6,035.04 |
| 03/09/15 | | Global Surety, LLC | Blanket Bond Premium Adjustment: Bond #016026389 from 01/01/15 to 01/01/16 | 2300-000 | | -8.29 | 6,043.33 |
| 01/06/16 | 600004 | International Sureties LTD | Blanket Bond Payment Bond #016026389 from 01/01/16 to 01/01/17 | 2300-000 | | 8.68 | 6,034.65 |
| 12/05/16 | {9} | Fenwick Automotive Products Limited | Allocation of the Estate Share of MPA Litigation Settlement Proceeds pursuant to Court Order dated 11/28/2016 [D.I. 372] | 1249-000 | 628,515.40 | | 634,550.05 |
| 12/05/16 | | TRANSFER FROM ACCT # XXXXXX1875 | Transfer of Funds to close account | 9999-000 | 8,094.19 | | 642,644.24 |
| 12/05/16 | 600005 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 375] | | | 1,111.30 | 641,532.94 |
| | | | Expenses $1.80 | 3320-000 | | | 641,532.94 |
| | | | Fees $1,109.50 | 3310-000 | | | 641,532.94 |
| 01/12/17 | 600006 | International Sureties LTD | Blanket Bond Renewal Bond #016026389 from 01/01/17 to 01/01/18 | 2300-000 | | 309.26 | 641,223.68 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 641,223.68 | 0.00 |
| | | **COLUMN TOTALS** | | | 830,247.24 | 830,247.24 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 8,165.75 | 665,892.90 | |
| | | **Subtotal** | | | 822,081.49 | 164,354.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $822,081.49 | $164,354.34 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 13-11501- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FLO-PRO INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8046 | Account #: | ******1875 CHAPTER 7 CARVEOUT |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/11/13 | | TRANSFER FROM ACCT# XXXXXX1792 | Transfer of Funds | 9999-000 | 6,302.07 | | 6,302.07 |
| 10/28/13 | | TRANSFER TO ACCT# XXXXXX1792 | Transfer of Funds to Reimburse Account for Bank Fees | 9999-000 | | 59.62 | 6,242.45 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 6,227.45 |
| 11/26/13 | | TRANSFER TO ACCT # XXXXXX1792 | Transfer of Funds | 9999-000 | | 11.94 | 6,215.51 |
| 12/23/13 | {6} | VERIZON WIRELESS DISTRIBUTION | REFUND OF OVERCHARGE OF FEES | 1229-000 | 2.37 | | 6,217.88 |
| 12/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 6,202.88 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 6,187.88 |
| 02/07/14 | | TRANSFER FROM ACCT # XXXXXX1792 | Transfer of Funds - Estate Carveout pursuant to Court Order dated 09/19/13 [D.I. 88] | 9999-000 | 18,367.15 | | 24,555.03 |
| 02/07/14 | 601001 | MILLER COFFEY TATE LLP | 1ST INTERIM FEE AND EXPENSE APPLICATION PURSUANT TO COURT ORDER DATED 12/02/13 [D.I. 109] | | | 8,180.70 | 16,374.33 |
| | | | Fees $8,148.00 | 3310-000 | | | 16,374.33 |
| | | | Expenses $32.70 | 3320-000 | | | 16,374.33 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 16,359.33 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 19.05 | 16,340.28 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 24.31 | 16,315.97 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 23.50 | 16,292.47 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 24.24 | 16,268.23 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 23.43 | 16,244.80 |
| 08/25/14 | 601002 | MILLER COFFEY TATE LLP | 2ND INTERIM FEE AND EXPENSE APPLICATION | | | 2,035.60 | 14,209.20 |

**Page Subtotals:** $24,671.59    $10,462.39

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 13-11501- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FLO-PRO INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8046 | Account #: | ******1875 CHAPTER 7 CARVEOUT |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | PURSUANT TO COURT ORDER DATED 08/15/14 [D.I. 137] | | | | |
| | | | Expenses $21.60 | 3320-000 | | | 14,209.20 |
| | | | Fees $2,014.00 | 3310-000 | | | 14,209.20 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 24.17 | 14,185.03 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 23.55 | 14,161.48 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 20.40 | 14,141.08 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 21.04 | 14,120.04 |
| 12/02/14 | 601003 | Miller Coffey Tate LLP | 3rd Interim Fee and Expense Application pursuant to Court Order dated 12/02/14 [D.I. 149] | | | 1,932.40 | 12,187.64 |
| | | | Fees $1,922.50 | 3310-000 | | | 12,187.64 |
| | | | Expenses $9.90 | 3320-000 | | | 12,187.64 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 20.33 | 12,167.31 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.39 | 12,148.92 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.08 | 12,130.84 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.31 | 12,114.53 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 18.02 | 12,096.51 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.42 | 12,079.09 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.97 | 12,061.12 |
| 07/14/15 | 601004 | Miller Coffey Tate LLP | 4th Interim Fee and Expense | | | 614.10 | 11,447.02 |
| | | | **Page Subtotals:** | | **$0.00** | **$2,762.18** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 13-11501- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FLO-PRO INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8046 | Account #: | ******1875 CHAPTER 7 CARVEOUT |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Application pursuant to Court Order dated 07/13/15 [D.I. 238] | | | | |
| | | | Expenses $0.60 | 3320-000 | | | 11,447.02 |
| | | | Fees $613.50 | 3310-000 | | | 11,447.02 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.37 | 11,429.65 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 17.45 | 11,412.20 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.98 | 11,395.22 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.41 | 11,378.81 |
| 11/17/15 | 601005 | Miller Coffey Tate LLP | 5th Interim Fee and Expense Application pursuant to Court Order dated 11/16/15 [D.I. 280] | | | 1,717.90 | 9,660.91 |
| | | | Fees $1,717.00 | 3310-000 | | | 9,660.91 |
| | | | Expenses $0.90 | 3320-000 | | | 9,660.91 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.93 | 9,643.98 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.29 | 9,628.69 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 9,613.69 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 9,598.69 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 9,583.69 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 9,568.69 |
| 05/24/16 | 601006 | Miller Coffey Tate LLP | 6th Interim Fee and Expense Application pursuant to Court Order dated 05/24/16 [D.I. 338] | | | 1,369.50 | 8,199.19 |
| | | | Fees | 3310-000 | | | 8,199.19 |

**Page Subtotals:** $0.00   $3,247.83

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 13-11501- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FLO-PRO INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8046 | Account #: | ******1875 CHAPTER 7 CARVEOUT |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $1,368.00 | | | | |
| | | | Expenses $1.50 | 3320-000 | | | 8,199.19 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,184.19 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,169.19 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,154.19 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,139.19 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,124.19 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,109.19 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 8,094.19 |
| 12/05/16 | | TRANSFER TO ACCT # XXXXXX1792 | Transfer of Funds to close account | 9999-000 | | 8,094.19 | 0.00 |
| | | **COLUMN TOTALS** | | | 24,671.59 | 24,671.59 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 24,669.22 | 8,165.75 | |
| | | **Subtotal** | | | 2.37 | 16,505.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $2.37 | $16,505.84 | |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 13-11501- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FLO-PRO INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8046 | Account #: | ******8666 Checking Account |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 641,223.68 | | 641,223.68 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 461.15 | 640,762.53 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 921.64 | 639,840.89 |
| 12/11/17 | 700001 | Miller Coffey Tate LLP | 8th Interim fee app pursuant to Court Order dated 12/11/2017 [D.I. 422] | | | 9,646.70 | 630,194.19 |
| | | | Fees (8th Interim)                $9,626.50 | 3310-000 | | | 630,194.19 |
| | | | Expenses (8th Interim)             $20.20 | 3320-000 | | | 630,194.19 |
| 12/11/17 | 700002 | M&T BANK | Interim payment of 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421] | | | 450,000.00 | 180,194.19 |
| | | | Interim payment of claim #13 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421]            $437,256.82 | 7100-000 | | | 180,194.19 |
| | | | Interim payment of claim #14 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421]            $9,549.39 | 7100-000 | | | 180,194.19 |
| | | | Interim payment of claim #19 - 1.4% pursuant to Court Order dated 12/11/17 [D.I. 421]            $3,193.79 | 7100-000 | | | 180,194.19 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 537.03 | 179,657.16 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 284.24 | 179,372.92 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 240.80 | 179,132.12 |
| 04/02/18 | 700003 | Fenwick Automotive Products, Ltd. | Reimbursement of Trustee compensation - Interim Distribution to George L. Miller, Trustee.  Payment to Fenwick Automotive from Flo-Pro Inc. for Trustee Compensation allowed pursuant to Court Order dated 11/16/15 [D.I. 281], and paid from Fenwick on 01/11/16 (check #605001) | 2100-000 | | 11,529.86 | 167,602.26 |
| 04/25/18 | {10} | Fenwick Automotive Products Limited | Reimbursement of Scheduled Administrative Costs in accordance with Court Order dated 07/31/2015 [D.I. 240] | 1229-000 | 7,054.54 | | 174,656.80 |
| | | | Page Subtotals: | | $648,278.22 | $473,621.42 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| Case No.: | 13-11501- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | FLO-PRO INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8046 | Account #: | ******8666 Checking Account |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/19 | 700004 | George L. Miller | Distribution payment - Claim #FEE Dividend paid at 53.71% of $24,908.19 pursuant to Court Order dated 06/05/2019 [D.I. 78] | 2100-000 | | 13,378.33 | 161,278.47 |
| 06/07/19 | 700005 | Miller Coffey Tate LLP | Distribution payment - Claim #MCTEXP Dividend paid at 1.11% of $90.20 pursuant to Court Order dated 06/05/2019 [D.I. 78] | 3320-000 | | 1.00 | 161,277.47 |
| 06/07/19 | 700006 | Miller Coffey Tate LLP | Distribution payment - Claim #MCTFEE Dividend paid at 9.92% of $29,440.50 pursuant to Court Order dated 06/05/2019 [D.I. 78] | 3310-000 | | 2,921.50 | 158,355.97 |
| 06/07/19 | 700007 | George L. Miller | Distribution payment - Claim #TE Dividend paid at 100.00% of $12.70 pursuant to Court Order dated 06/05/2019 [D.I. 78] | 2200-000 | | 12.70 | 158,343.27 |
| 06/07/19 | 700008 | M&T BANK | Distribution payment - Claim #13B Dividend paid at 0.48% of $31,884,294.12 pursuant to Court Order dated 06/05/2019 [D.I. 78] | 7100-000 | | 153,789.10 | 4,554.17 |
| 06/07/19 | 700009 | M&T BANK | Distribution payment - Claim #14 Dividend paid at 0.49% of $699,267.48 pursuant to Court Order dated 06/05/2019 [D.I. 78] | 7100-000 | | 3,412.77 | 1,141.40 |
| 06/07/19 | 700010 | M&T BANK | Distribution payment - Claim #19 Dividend paid at 0.49% of $233,870.09 pursuant to Court Order dated 06/05/2019 [D.I. 78] | 7100-000 | | 1,141.40 | 0.00 |
| | | | COLUMN TOTALS | | 648,278.22 | 648,278.22 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 641,223.68 | 0.00 | |
| | | | Subtotal | | 7,054.54 | 648,278.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,054.54 | $648,278.22 | |

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 9

| | | | |
|---|---|---|---|
| **Case No.:** | 13-11501- BLS | **Trustee Name:** | George L. Miller (280160) |
| **Case Name:** | FLO-PRO INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8046 | **Account #:** | ******8666 Checking Account |
| **For Period Ending:** | 08/05/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $829,138.40 |
| Plus Gross Adjustments: | $1,943.55 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $831,081.95 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1792 CHECKING | $822,081.49 | $164,354.34 | $0.00 |
| ******1875 CHAPTER 7 CARVEOUT | $2.37 | $16,505.84 | $0.00 |
| ******8666 Checking Account | $7,054.54 | $648,278.22 | $0.00 |
| | **$829,138.40** | **$829,138.40** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)